UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DANIEL DAWIDZIONEK,**

   Plaintiff,

v.                                                             No. 4:21-cv-0606-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On December 13, 2021, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 19. No objections were timely filed, and the Magistrate Judge's Recommendation is now ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge concludes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Consistent with the FCR, the Court **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **28th day** of **December, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE